UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-362-JCC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| PATRICK LEIGH YARBOROUGH, | ) | |
| Defendant. | ) | |

Offense charged:

Conspiracy to Distribute Marijuana, Conspiracy to Import Marijuana, Carrying/Possessing a Firearm During a Drug Trafficking Crime, Possession of a Firearm by a Prohibited Person (two counts).

Date of Detention Hearing: Initial Appearance September 11, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is before this court pursuant to a Writ of Habeas Corpus Ad Prosequendum, having previously been detained in the Lancaster County Prison in Lancaster, California.

(2) The issue of detention in this case is therefore essentially moot, as the defendant would not be released from custody if not detained in this case.

(3) Defendant and his counsel offer no opposition to the entry of an order of detention.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01 counsel for the defendant, to the United States Marshal, and to the United States

02 Pretrial Services Officer.

03 DATED this 12th day of September, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge